UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 08-23500-CIV-MOORE/SIMONTON

IVANAH THOMAS,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties, Plaintiff, IVANAH THOMAS, and Defendant, CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES, hereby notify this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved. The parties are in the process of finalizing the settlement. Once the parties have exchanged the settlement documents for the settlement draft, the parties shall submit a Stipulation of Dismissal to the Court.

Dated this 17th day of March, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17th, 2009, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generate by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                              By: *s/ Donnise A. DeSouza, Esq.*

DONNISE A. DESOUZA, ESQ.
Fla. Bar No: 879398

**SERVICE LIST**

| | |
|---|---|
| DONNISE A .DESOUZA, ESQ. <br> ddesouza@carnival.com <br> 3655 N.W. 87th Avenue <br> Miami, FL 33178 <br> Telephone: (305) 406-4838 <br> Facsimile: (305) 406-4732 <br> Attorney for Defendant, CARNIVAL | Paul Hoffman, Esq., <br> pmh@hoffmanlaw.com <br> Hoffman Law Firm <br> 2888 E. Oakland Park Blvd. <br> Ft. Lauderdale, FL 33306 <br> Telephone (954) 566-7080 <br> Facsimile: (954) 566-1540 <br> Counsel for Plaintiff, THOMAS |

[Service via CM/ECF Notice of Electronic Filing and via U.S. Mail]